SCOTT and COMBES *against* ISRAEL.

IN ERROR.

REPLEVIN by *Israel* the plaintiff below for a sow and seven pigs. The cause went to trial in the Common Pleas of *Philadelphia* county upon the issue of property, and the jury found for the plaintiff. The material error now assigned was, that one of the defendants, *Combes*, had not been

Philadelphia,
Tuesday,
December 19.

A general appearance by an attorney opposite to the names of two defendants, is a good appearance for both, although one has not been summoned.

(*a*) 1 *Binn.* 37.

1809.

SCOTT
and
COMBES
- v.
ISRAEL.

summoned, and in fact never appeared or pleaded; but *Armstrong*, an attorney of the Common Pleas, entered his name on the docquet opposite the names of both defendants, and put in the plea of property in the short way.

*Brown* and *M'Kean* for plaintiffs in error.

*Phillips* for defendant in error.

PER CURIAM. We have no doubt in this case. The attorney having marked his name generally, and in no part of the record having declared that he appeared for one in particular, must be presumed to have appeared for both; and the plea entered in this short way, must be referred to the appearance, and be considered as a plea for both. As to the defendant's being summoned, it is not material, he may appear without summons.

Judgment affirmed.